**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR URBANO, an individual, MICHAEL RANGEL, an individual, and DEMETHA STROMAN, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SMG HOLDINGS, INC., a Delaware corporation; SMG, a business entity, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. EDCV 15-0603-AG (MRWx)<br><br>[Assigned to Honorable Andrew J. Guilford, Courtroom 10D; Magistrate Judge Michael R. Wilner]<br><br>**JUDGMENT**<br><br>Complaint Filed: January 27, 2015<br>Date of Removal: March 27, 2015 |

Defendant SMG ("SMG") offered to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure to each of Plaintiffs Oscar Urbano ("Plaintiff Urbano") and Demetha Stroman ("Plaintiff Stroman") (collectively, "Plaintiffs") as follows: judgment in favor of Plaintiff Urbano against Defendant SMG in the sum of $20,016.26 and judgment in favor of Plaintiff Stroman against Defendant SMG in the sum of $25,011.50. For each respective plaintiff, the sum offered includes all alleged damages, unpaid wages, premium payments, penalties, unreimbursed expenses, interest, costs, and attorney fees otherwise recoverable in this action. Plaintiffs each accepted his or her respective offer of judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The jury trial scheduled to begin on June 13, 2017 is taken off-calendar.

2. All claims by Plaintiffs against Defendant SMG are hereby dismissed.

3. This document shall constitute a judgment for purposes of Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: ___**June 13, 2017**___  _____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE